## JANUARY v. STATE.
### No. 15558.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**CHRISTIAN, J.**

The offense is manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year. No notice of appeal appears in the record.

The appeal is dismissed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.